NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

07-198

STATE OF LOUISIANA

VERSUS

RICHARD THOMPSON

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 70,047
HONORABLE LESTER P. KEES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JAMES T. GENOVESE
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and James T. Genovese, Judges.

CONVICTIONS AND SENTENCES AFFIRMED.
MOTION TO WITHDRAW GRANTED.

William E. Tilley
District Attorney - 30th Judicial District
P.O. Box 1188
Leesville, LA 71496-188
Telephone: (337) 239-2008
COUNSEL FOR APPELLEE:
    State of Louisiana

**Annette Fuller Roach**
**Louisiana Appellate Project**
**P.O. Box 1747**
**Lake Charles, LA 70602-1747**
**Telephone: (337) 436-2900**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Richard Thompson**

**Genovese, Judge.**

On June 20, 2006, the Defendant, Richard Thompson, was charged by bill of information with two counts of simple burglary, in violation of La.R.S. 14:62; three counts of theft over five hundred dollars, in violation of La.R.S. 14:67; and one count of theft of a firearm, in violation of La.R.S. 14:67.15. On the same date, he entered pleas of not guilty to all charges.

On October 4, 2006, the Defendant moved to withdraw his former pleas of not guilty and entered pleas of guilty to one count of simple burglary and one count of theft over five hundred dollars. The remaining charges were dismissed by the State. The Defendant was sentenced on December 28, 2006 to eleven years at hard labor for simple burglary and to nine years at hard labor for theft over five hundred dollars. The sentences were ordered to run concurrently. A Motion to Reconsider Sentence was filed on the date of sentencing and was denied on January 5, 2007. The Defendant also filed a Motion for Appeal and Designation of Record on December 28, 2006.

Appellate counsel for Defendant[1] has filed an *Anders* brief[2] in this matter. For the following reasons, we affirm and grant appellate counsel's motion to withdraw.

**FACTS:**

On December 23, 2005, the Defendant entered the vehicle of Tyson Stokes without authority and with the intent to commit a theft therein. Further, on March 4, 2006, the Defendant took a saddle and other items belonging to Aubrey Perkins without the consent and authority of Mr. Perkins. Said property had a value of

---

[1]Throughout this opinion, all references to appellate counsel are deemed to refer to counsel for the Defendant in this appeal.

[2]An *Anders* brief, named after and pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), is a brief filed on behalf of a defendant wherein defense counsel states that there are no errors on appeal supporting a reversal of the defendant's conviction or sentence.

1

approximately eleven thousand dollars.

## ANALYSIS:

Pursuant to *Anders,* Defendant's appellate counsel has filed a brief stating she could find no errors on appeal that would support a reversal of the Defendant's convictions or sentences. In addition thereto, counsel has filed a motion to withdraw as counsel of record.

In *State v. Benjamin*, 573 So.2d 528 (La.App. 4 Cir. 1990), the fourth circuit explained the *Anders* analysis:

> When appointed counsel has filed a brief indicating that no non-frivolous issues and no ruling arguably supporting an appeal were found after a conscientious review of the record, *Anders* requires that counsel move to withdraw. This motion will not be acted on until this court performs a thorough independent review of the record after providing the appellant an opportunity to file a brief in his or her own behalf. This court's review of the record will consist of (1) a review of the bill of information or indictment to insure the defendant was properly charged; (2) a review of all minute entries to insure the defendant was present at all crucial stages of the proceedings, the jury composition and verdict were correct and the sentence is legal; (3) a review of all pleadings in the record; (4) a review of the jury sheets; and (5) a review of all transcripts to determine if any ruling provides an arguable basis for appeal. Under C.Cr.P. art. 914.1(D) this Court will order that the appeal record be supplemented with pleadings, minute entries and transcripts when the record filed in this Court is not sufficient to perform this review.

*Id.* at 531.

Pursuant to *Anders* and *Benjamin*, we have performed a thorough review of the record, including pleadings, minute entries, the charging instrument, and the transcripts. The Defendant was properly charged by bill of information, was present and represented by counsel at all crucial stages of the proceedings, and entered a free and voluntary guilty plea after properly being advised of his rights in accordance with *Boykin v. Alabama*, 395 U.S. 238, 89 S.Ct. 1709 (1969). Additionally, the Defendant received legal sentences.

2

Appellate counsel raises several issues; however, admittedly, none of which support reversal of the Defendant's convictions or sentences. We have reviewed these issues and we agree.

We have found no issues which would support an assignment of error on appeal. Therefore, appellate counsel's motion to withdraw is granted.

**CONVICTIONS AND SENTENCES AFFIRMED. MOTION TO WITHDRAW GRANTED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. Uniform Rules – Courts of Appeal, Rule 2-16.3.

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

07-198

STATE OF LOUISIANA
     Appellee

VERSUS

RICHARD THOMPSON
     Defendant-Appellant

On Appeal from the Thirtieth Judicial District Court, Parish of Vernon, State of Louisiana, Honorable Lester P. Kees, District Judge.

**O R D E R**

Considering the appeal presently pending and appellate counsel's request to withdraw as counsel in the above-captioned matter,

IT IS HEREBY ORDERED that appellate counsel's motion to withdraw is granted.

THUS DONE AND SIGNED this _____ day of May, 2007.

_____
Judge Sylvia R. Cooks

_____
Judge Glenn B. Gremillion

_____
Judge James T. Genovese